IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Squires Brothers, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Cheminova, Inc. and Southern States Cooperative, Inc.,<br><br>    Defendants. | Case No.: 4:12-cv-03341-RBH<br><br>**PLAINTIFF'S ANSWERS TO RULE 26.01 INTERROGATORIES** |

Plaintiff, in accordance with Rules 11 and 33 of the Federal Rules of Civil Procedure and Local Rule 26.01, hereby answers the Court's Interrogatories as follows:

**INTERROGATORY A:** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:** None.

**INTERROGATORY B:** As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE:** **At this time, Plaintiff believes the claims in this action should be tried before a jury.**

**INTERROGATORY C:** State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:**     **The Plaintiff is not a publicly owned company.**

**INTERROGATORY D:**     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:**     **Plaintiff is not contesting removal of the action to this venue. Plaintiff's damages exceed $75,000 therefore this Court has jurisdiction.**

**INTERROGATORY E:**     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?

**RESPONSE:**     **This matter is similar to Dwight Stevens, Toni Stevens and Blake Stevens v. Southern States Cooperative, Inc. 4:12-cv-03330-RBH, on issues of product failure.**

**INTERROGATORY F:**     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:**     N/A

**INTERROGATORY G:**     (Defendants only.) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE:**     N/A

*Signature page follows.*

ROGERS TOWNSEND & THOMAS, PC

S/ STM  OK

T. McRoy Shelley, III, Federal Bar # 6681
roy.shelley@rtt-law.com
Steven T. Moon, Federal Bar # 3964
steven.moon@rtt-law.com
Post Office Box 100200
Columbia, South Carolina 29202-3200
Phone: (803) 771-7900
Fax: (803) 343-7017

Direct:
Roy Shelley: (803)744-1818
Steve Moon: (803) 744-5210

**COUNSEL FOR PLAINTIFFS**

Columbia, South Carolina
Date _____

8195731-1                              - 3 -