IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| SQUIRES BROTHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEMINOVA, INC. and SOUTHERN STATES COOPERATIVE, INC., <br><br> Defendants. | Civil Action No. 4:12-cv-03341-RBH <br><br> **AMENDED** <br> **JOINT RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed.R.Civ.P., hereby report as follows:

|  |  |
|---|---|
| _____ | We agree that the schedule set forth in the Conference and Scheduling Order issued December 18, 2012 is appropriate for this case. The information required by Local Civil Rule 26.03 is attached. |
| X | We agree that the schedule set forth in the Conference and Scheduling Order issued January 2, 2013 requires modification as set forth in the attached proposed Consent Amended Scheduling Order. The information required by Local Civil Rule 26.03 is attached. |
| _____ | We are unable, after consultation, to agree on a schedule for this case. Therefore, we request a scheduling conference with the Court. The parties proposed discovery plan as required by 26(f) Fed.R.Civ.P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached. |

[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]

This 22nd day of January, 2013.

| | |
|---|---|
| NEXSEN PRUET, LLC | ROGERS TOWNSEND & THOMAS, PC |
| /s/ Molly Hughes Cherry_____ | /s/ Steven T. Moon_____ |
| Molly Hughes Cherry, Fed. Bar No. 7067 | T. McRoy Shelley, III, Fed. Bar No. 6681 |
| 205 King Street, Ste 400 | Steven T. Moon, Fed. Bar No. 3964 |
| Charleston, South Carolina 29401 | P.O. Box 100200 |
| Tel.: (843) 720-1724 | Columbia, South Carolina 29202 |
| Fax: (843) 414-8209 | Tel.: (803) 771-7900 |
| | Fax: (803) 343-7017 |
| *Of counsel*: | *Attorneys for Plaintiffs* |
| Christopher G. Kelly | |
| Robert J. Burns | |
| HOLLAND & KNIGHT LLP | GALLIVAN, WHITE & BOYD, P.A. |
| 31 W. 52nd Street | |
| New York, New York 10019 | /s/ Curtis L. Ott_____ |
| Tel: (212) 513-3200 | Alfred Johnston Cox, Fed. Bar No. 6534 |
| Fax: (212) 385-9010 | Curtis L. Ott, Fed. Bar No. 5939 |
| *Attorneys for Defendant Cheminova, Inc.* | James E. Brogdon, III, Fed. Bar No. 10872 |
| | 1201 Main Street, Suite 1200 |
| | Columbia, South Carolina 29201 |
| | Tel.: (803) 779-1833 |
| | Fax: (803) 779-1767 |
| | *Attorneys for Defendant* |
| | *Southern States Cooperative, Inc.* |