IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Squires Brothers, Inc.,<br><br>                           Plaintiff,<br><br>    vs.<br><br>Cheminova, Inc. and Southern States Cooperative, Inc.,<br><br>                           Defendants. | Case No.:  4:12-cv-03341-RBH<br><br>**ORDER GRANTING MOTION TO DISMISS DEFENDANT SOUTHERN STATES AND FOR CONSOLIDATION WITH CASE NO. 4:12-CV-03330-RBH** |

This matter is before the Court upon the Motion of the Plaintiff and with the consent of all parties, by and through their respective counsel, for the dismissal of Defendant Southern States Cooperative, Inc. ("Southern States"), without prejudice and for the consolidation of this matter with Case Number 4:12-cv-03330-RBH entitled *Dwight Stevens, Toni Stevens and Blake Stevens v. Southern States Cooperative, Inc.* which is also pending in this jurisdiction.

The Court being fully advised on the premises, it is hereby ORDERED AND ADJUDGED that Plaintiff's claims against Southern States are dismissed without prejudice and the cross-claims filed by Southern States against Cheminova, Inc. are dismissed without prejudice. It is further ORDERED that Case Number 4:12-cv-03330-RBH shall be consolidated with this case, and the new case caption shall be "Dwight Stevens, Toni Stevens, Blake Stevens, and Squires Brothers, Inc., Plaintiffs, v. Cheminova, Inc., Defendant" under Case Number 4:12-cv-03341-RBH, which shall be used for any further proceedings in these matters.

      IT IS SO ORDERED.

                                                                        s/R. Bryan Harwell
                                                                        R. Bryan Harwell
                                                                        United States District Judge

Date:  January 30, 2013
Florence, South Carolina